(137 So. 910)

**Ex parte Adeline CARLTON.**

**6 Div. 40.**

Supreme Court of Alabama.
Oct. 29, 1931.

Rehearing Denied Nov. 19, 1931.

W. A. Denson, of Birmingham, for petitioner.

PER CURIAM.
Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(134 So. 913)

**Elizabeth CARTER et al. v. Jesse CARTER.**

**I Div. 648.**

Supreme Court of Alabama.
April 21, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(135 So. 913)

**CENTRAL OF GEORGIA RAILWAY CO. v. Mrs. Paul BRUMLEY.**

**6 Div. 942.**

Supreme Court of Alabama.
June 11, 1931.

Nesbit & Sadler and Grady W. Patterson, all of Birmingham, for appellant.
Altman & Koenig, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

(137 So. 911)

**COMMERCIAL CREDIT CO. v. STATE ex rel. W. T. SEIBLES.**

**3 Div. 989.**

Supreme Court of Alabama.
Nov. 12, 1931.

Francis M. Kohn and John P. Kohn, Jr., both of Montgomery, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed by appellant.

(135 So. 913)

**Clarence CRENSHAW v. STATE.**

**3 Div. 975.**

Supreme Court of Alabama.
June 25, 1931.

PER CURIAM.

Appeal dismissed.

(137 So. 911)

**R. L. DAVIS v. STATE.**

**8 Div. 335.**

Supreme Court of Alabama.
Oct. 8, 1931.

Fred S. Parnell, of Florence, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., opposed.

FOSTER, J.

Petition of R. L. Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Davis v. State (8 Div. 76) 137 So. 918.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.